IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIE GRINBAUM : CIVIL ACTION
:
v. :
:
LAW SCHOOL ADMISSION :
COUNCIL, INC. : NO. 08-cv-03908-JF

ORDER

AND NOW, this 8th day of February 2010, IT IS ORDERED:

That the application of plaintiff for an award of counsel fees is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.